**F&L Appliances LLC**

620 Pennsylvania Ave
Winchester VA 22601
(540)486-0128
(443)597-7767
[Fandlusedappliances@gmail.com](mailto:Fandlusedappliances@gmail.com)
September 20, 2023

To Whom It May Concern

I'm writing in regards of Ivan Ruiz; F&L Appliances LLC is a small family business that sells and delivers appliances in a radius of an hour and a half max. we are aware that Mr. Ruiz cannot work outside Maryland, and we would like to request if he can get additional access to deliver in Virginia, West Virginia, and Pennsylvania. We would greatly appreciate it if he were able to go to these states. It would be a great help for our business. Mr. Ruiz has been doing some of our Maryland orders but as we are a small business, we don't have many employees and we need all the help possible as sometimes we need more than one delivery person to complete the orders.


Sincerely,

*[signature]*

Maria DI Rocio Guzman Castro
Owner